## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW FISCHER, | |
| **Plaintiff,** | |
| **v.** | CIVIL ACTION<br>NO. 15-02413 |
| PEPPER HAMILTON, LLP, | |
| **Defendant.** | |

## ORDER

**AND NOW**, this 29th day of January, 2016, upon consideration of Pepper Hamilton, LLP's ("Pepper") Motion for Summary Judgment (ECF No. 16), Andrew Fischer's ("Fischer") Response (ECF No. 18), Pepper's Reply (ECF No. 19), Fischer's Sur-Reply (ECF No. 22) and the parties' Supplemental Briefs on Fischer's Interactive Process claim (ECF Nos. 28, 30), it is hereby **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

Judgment is entered in favor of Pepper and against Fischer on those portions of Counts I and II of Fischer's Amended Complaint (ECF No. 15) that allege: (1) failure to engage in the interactive process; (2) intentional disability discrimination; and (3) retaliation.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.